**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02203-BNB

NICHOLAS VALDEZ,

    Applicant,

v.

RICHARD SMELSER, Warden, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's request for "Emergency Ex Part Injunction Order" (Doc. # 4), filed on September 24, 2009, is DENIED. In the request, Applicant asks for waiver of the requirement that he must provide a copy of his filings to Respondents. Applicant does not have a constitutional right to photocopies, and he is able to hand-write duplicate copies of any filing he must provide to Respondents. Furthermore, provision of copies to Respondents is premature.

Dated: September 25, 2009