IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02203-MSK-MEH

NICHOLAS VALDEZ,

      Petitioner,

v.

RICHARD SMELSER,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
JOHN W. SUTHERS,

      Defendants.

---

## ORDER

---

      This matter is before the Court *sua sponte*.

      It is hereby ORDERED that on or before March 12, 2010, the Clerk of the 10th Judicial District Court in Pueblo County, Colorado, shall provide to this Court the original written record of Pueblo County Case No. 04CR1942-B, *People v. Nicholas Valdez*.

      It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 10th Judicial District Court by facsimile to (719) 586-8830 and by regular mail to Clerk of the 10th Judicial District Court, 320 W. 10th Street, Pueblo, CO, 81003.

      Dated this 28th day of January, 2010, in Denver, Colorado.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge