IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02203-MSK-MEH

NICHOLAS VALDEZ,

    Petitioner,

v.

RICHARD SMELSER,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, and
JOHN W. SUTHERS,

    Respondents.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 11, 2010.**

    Petitioner's Emergency Ex Parte Injunction Order [filed March 9, 2010; docket #24] is **granted in part** and **denied in part** as follows. The Court construes Petitioner's request in multiple parts, but arising from his belief that he has missed a court deadline in this matter. On January 28, 2010, this Court ordered briefing deadlines on Petitioner's "Motion to reconsider reinstating claims 1 and/or claims 2" [filed January 21, 2010; docket #14]. The Court received Respondents' Response on February 24, 2010, and Petitioner's Reply on March 2, 2010. (Dockets ##20, 23.) Thus, no further briefing is presently due on Petitioner's "Motion to reconsider reinstating claims 1 and/or claims 2."

    However, briefing is now due on Petitioner's Habeas Application. On January 26, 2010, the District Court ordered Respondents to answer the application within forty-five days and gave leave to Petitioner to reply to Defendants' Answer within thirty days. (Docket #15.) Respondents filed their Answer on March 11, 2010. (Docket #26.) Thus, Petitioner may file a reply on or before **April 12, 2010**.

    Insofar as Petitioner seeks to initiate a Section 1983 of 42 U.S.C. civil suit, Petitioner may not do so through this request. The Clerk of Court is directed to mail to Petitioner the *pro se* prisoner forms used to file an action. *See* D.C. Colo. LCivR 8.2.