IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02203-MSK-MEH

NICHOLAS VALDEZ,

    Petitioner,

v.

RICHARD SMELSER, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 6, 2010.**

    Petitioner's motion titled "Habeas Corpus Applicant Requests Release Pending Decision Pursuant to F.R.A.P. 23" [filed April 1, 2010; docket #30] is **granted** only to the extent that the Court takes Petitioner's Section 2254 application under advisement. The motion is **denied** in all other respects.