**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 2 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

CIVIL ACTION NO. 09-cv-02203 MSK

NICHOLAS VALDEZ,

    Petitioner,

vs.

RICHARD SMELSER, Warden, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 2nd day of December, 2013.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02203 MSK

Pueblo County Judicial Bldg.
320 W. 10th St.
Pueblo, CO 81003

Nicholas Valdez
# 128140
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

Majid Yazdi - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   12/02/2013  .

                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ D. Berardi
                                              Deputy Clerk